| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | (12/31/15) CCG N001 |
| Summons - Alias Summons | | |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FRANK SULLIVAN, III

(Name all parties)

v.

SCHINDLER ELEVATOR CORPORATION

No._____

Schindler Elevator Corporation
c/o C T Corporation System
208 S. LaSalle Street, Suite 814
Chicago, Illinois 60604

☒ SUMMONS ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room __801__, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid 1500
Rolling Meadows, IL 60008

☐ District 4 - Maywood
Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ Child Support: 50 W.
Washington, LL-01,
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: __23518__
Name: __Albert Brooks Friedman, Ltd.__
Atty. for: __Plaintiff__
Address: __161 North Clark Street, Suite 2575__
City/State/Zip Code: __Chicago, Illinois 60601__
Telephone: __312-782-0282__
Primary Email Address:
abfltd@aol.com
Secondary Email Address(es):

Witness: _____

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code) (Facsimile Telephone Number)

JAN 1 2 2018

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

Page 1 of 1

EXHIBIT A

**DIE DATE**
02/04/2018

**DOC.TYPE:** LAW
**CASE NUMBER:** 18L000434
**DEFENDANT**
SCHINDLER ELEVATOR CORP
208 S LASALLE ST
CHICAGO, IL 60604
814

**SERVICE INF**
RM 801

**ATTACHED**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| FRANK SULLIVAN, III, | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | NO. |
| | ) | |
| SCHINDLER ELEVATOR CORP., a Foreign | ) | |
| Corporation doing business In Illinois | ) | |
| DEFENDANTS . | ) | |

## COMPLAINT

NOW COMES, Plaintiff, FRANK SULLIVAN, III, by and through his attorneys ALBERT BROOKS FRIEDMAN, LTD., and complaining of the Defendant, SCHINDLER ELEVATOR CORP., and states as follows:

1. That on April 16, 2017, the Plaintiff, FRANK SULLIVAN, III, was on a moving walkway at the St. Paul International Airport that was manufactured and maintained by SCHINDLER ELEVATOR CORP. That at the said time and place, FRANK SULLIVAN was and is a resident of Palatine in the County of Cook, State of Illinois.

2. SCHINDLER ELEVATOR CORP. is a Delaware Corporation doing business in Illinois at the said time and place.

3. That SCHINDLER ELEVATOR CORP. negligently manufactured and maintained the moving walkway in question allowing the long metal panel to be loose and stick out thus causing FRANK SULLIVAN, III, to trip and fall down on the moving stairway.

4. As a direct and proximate cause of the accident, FRANK SULLIVAN's foot got caught on the broken moving walkway causing him to fall and sustain a concussion, damages to his

neck, shoulder and knee from which he is still experiencing excruciating pain and endeavoring to come.

5. FRANK SULLIVAN's medical treatment was all rendered in Cook County, Illinois.

6. As a direct and proximate cause of SCHINDLER ELEVATOR CORP.'s negligence, FRANK SULLIVAN, III suffered multiple injuries to his neck, shoulder and knee. Plaintiff has been forced to expend large amounts of money for his medical expenses and will continue to be forced to do so in the future and endure pain, suffering as a proximate result of the Defendant's negligence.

WHEREFORE, Plaintiff FRANK SULLIVAN, III prays for damages in excess of $50,000 plus the costs of this action from Defendant SCHINDLER ELEVATOR CORP.

                                              Respectfully submitted,
                                              FRANK SULLIVAN, III

                                              By: _____
                                                  Albert Brooks Friedman

Albert Brooks Friedman, Ltd.
Albert Brooks Friedman, #23518
Attorneys for Plaintiff
161 N. Clark, #2575
Chicago, IL 60601
(312) 782-0282
(312) 704-4496—facsimile
abfltd@aol.com